JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY FRAZIER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KELLI J. JACKSON d/b/a HANK'S LIQUOR & MINI MARKET and DOES 1 through 10,**<br><br>**Defendants.** | Case No.: CV 20-04205-CJC(PJWx)<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 18.) On November 17, 2020, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff on her ADA claim. Defendant Kelli J. Jackson d/b/a Hank's Liquor & Mini Market shall provide the required accessible parking signs and maintain the parking spaces, in compliance with the Americans with Disabilities Act

Accessibility Guidelines, at Hank's Liquor & Mini Market located at 3301 West Florence Avenue in Los Angeles, California. Plaintiff is awarded attorneys' fees in the amount of $1,200 and costs of $440.

DATED: November 18, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE